OPINION — AG — ** DISMISS, REDUCE RANK ** THE DEPARTMENT OF PUBLIC SAFETY DOES HAVE THE AUTHORITY TO REDUCE THE RANK OF A UNIFORMED MEMBER OF THE HIGHWAY PATROL, IF HE DEEMS IT NECESSARY FOR THE EFFICIENCY AND PROPER OPERATION OF THE PATROL; AND THAT SUCH ACTION DOES NOT CONSTITUTE A " REMOVAL " OR " DISCHARGE " SUBJECT TO THE PROVISIONS OF 47 O.S.H. 365(B) RELATING TO THE FILING OF SWORN CHARGES AND HEARING BEFORE THE BOARD THEREIN PROVIDED FOR. CITE: 11 O.S.H. 334 (RICHARD HUFF)